Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4244.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4274.—Pueblo, apldo., *v.* Natal, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 12, 1930.*

No. 4284.—Pueblo, apldo., *v.* Torres, aplte.—C. D. Humacao. Acometimiento y agresión grave. Noviembre 24, 1930.

No. 4290.—Pueblo, apldo., *v.* Ramos, aplte.—C. D. Aguadilla. Hurto menor. Noviembre 24, 1930.

No. 4339.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4338.—Pueblo, apldo., *v.* Gómez, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4343.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4342.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4340.—Pueblo, apldo., *v.* Castro, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4351.—Pueblo, apldo., *v.* González, aplte.—C. D. San Juan. Infracción artículo 440 del Código Penal. Diciembre 8, 1930.

No. 4350.—Pueblo, apldo., *v.* Amill, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 8, 1930.

No. 4349.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Alterar la paz. Diciembre 8, 1930.

No. 4348.—Pueblo, apldo., *v.* Osorio, aplte.—C. D. San Juan. Homicidio involuntario. Diciembre 8, 1930.

No. 4345.—Pueblo, apldo., *v.* Medina, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4330.—Pueblo, apldo., *v.* López Jr., aplte.—C. D.

---

* Nota: El Juez Asociado Señor Texidor no intervino.

Arecibo. Infracción al artículo 461 del Código Penal. Diciembre 8, 1930.

No. 4332.—Pueblo, apldo., v. Peterson, Jr., aplte.—C. D. San Juan. Hurto menor. Diciembre 9, 1930.

No. 4331.—Pueblo, apldo., v. Peterson, aplte.—C. D. San Juan. Escalamiento en segundo grado. Diciembre 9, 1930.

No. 4360.—Pueblo, apldo., v. Nieves, aplte.—C. D. Bayamón. Infracción artículo 288 C. P. Enero 12, 1931.

No. 4365.—Pueblo, apldo., v. Rosado, aplte.—C. D. Ponce. Infracción artículo 260 C. P. Enero 12, 1931.

No. 4359.—Pueblo, apldo., v. Matos, aplte.—C. D. Bayamón. Mutilación. Enero 12, 1931.

No. 4318.—Pueblo, apldo., v. Barroso, aplte.—C. D. Bayamón. Alterar la paz. Enero 19, 1931.

No. 4400.—Pueblo, apldo., v. Rodríguez, aplte.—C. D. Aguadilla. Falsificación. Febrero 16, 1931.

No. 4401.—Pueblo, apldo., v. Colón, aplte.—C. D. Bayamón. Escalamiento en primer grado. Febrero 16, 1931.

No. 4402.—Pueblo, apldo., v. Rodríguez, aplte.—C. D. Bayamón. Asesinato. Febrero 16. 1931.

No. 4326.—Pueblo, apldo., v. Soto et als., apltes.—C. D. Aguadilla. Portar Armas. Marzo 2, 1931.

No. 4435.—Pueblo, apldo., v. De Jesús, apltes.—C. D. Guayama. Asesinato en segundo grado. Marzo 16, 1931.

No. 4428.—Pueblo, apldo., v. Narváez, aplte.—C. D. Bayamón. Portar armas. Marzo 16, 1931.

No. 4429.—Pueblo, apldo., v. Narváez, aplte.—C. D. Bayamón. Alterar la paz pública. Marzo 16, 1931.

No. 4196.—Pueblo, apldo., v. Cortés, aplte.—C. D. Arecibo. Mutilación. Mayo 23, 1930.